## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Florida

Case Number: 4:19CV384-MW/CAS

Plaintiff:
**JOSEPH SILVERA, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARY SITUATED**

vs.


KDY2019038289

Defendant:
**ADVANCED LOAN SYSTEMS, LLC D/B/A ONELOANPLACE.COM**

For:
SHAMIS & GENTILE, P.A.

Received by GLOBAL PROCESS SERVICES CORP. on the 6th day of September, 2019 at 1:30 pm to be served on **ADVANCED LOAN SYSTEMS, LLC D/B/A ONELOANPLACE.COM, 3717 APALACHEE PARKWAY, SUITE 201, TALLAHASSEE, FL 32311.**

I, TYREE SLADE, do hereby affirm that on the **12th day of September, 2019** at **10:58 am**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT** and **DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Christine Kernel** as Receptionist for **ADVANCED LOAN SYSTEMS, LLC D/B/A ONELOANPLACE.COM**, authorized to accept service, of the within named corporation, at the alternate address of: **2255 KILLEARN CENTER BLVD, TALLAHASSEE, FL 32309**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/6/2019 2:50 pm 3717 APALACHEE PKWY, SUITE 201, TALLAHASSEE, FL 32311, BUSINESS NOT LOCATED AT ADDRESS, ADVANCED BUSINESS SYSTEMS IS AT THE ADDRESS; SPOKE WITH EMPLOYEE WHO STATED HE THINKS THEY MOVED IN KILLEARN AREA OF TALLAHASSEE. CK237

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

TYREE SLADE
Process Server 214

GLOBAL PROCESS SERVICES CORP.
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: KDY-2019038289
Ref: 19-2146

Copyright © 1992-2019 Database Services, Inc - Process Server's Toolbox V8 0n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| JOSEPH SILVERA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>ADVANCED LOAN SYSTEMS, LLC d/b/a ONELOANPLACE.COM<br><br>*Defendant(s)* | Civil Action No.   4:19CV384-MW/CAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Advanced Loan Systems, LLC d/b/a ONELOANPLACE.com
3717 Apalachee Parkway, Suite 201
Tallahassee, FL 32311

TS214
9/12/19
10:58 am

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shamis & Gentile, P.A.
14 N.E. 1st Avenue
Suite 1205
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 8/15/19

s/Betsy Breeden

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19CV384-MW/CAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Advanced Loan Systems, LLC d/b/a Oneloanplace.com**

was received by me on *(date)* **SEP 1 2 2019**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Christine Kernel**, who is designated by law to accept service of process on behalf of *(name of organization)* **advanced loan systems, LLC** on *(date)* **SEP 1 2 2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **SEP 1 2 2019**

*Server's signature*

**Tyree Slade #214**
*Printed name and title*

2957 Capital Park Dr, Suite 7
Tallahassee, Florida 3___
(850) ___
*Server's address*

Additional information regarding attempted service, etc: